IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JERMAINE NEAL**                                                               **PETITIONER**

v.                                                        **No. 3:25CV125-MPM-RP**

**BURL CAIN**                                                         **RESPONDENT**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is dismissed with prejudice for failure to state a claim upon which relief could be granted.

SO ORDERED, this, the 3rd day of November, 2025.

                                                                                                    /s/Michael P. Mills
                                                                                UNITED STATES DISTRICT JUDGE
                                                                                NORTHERN DISTRICT OF MISSISSIPPI